# Court of Appeals
# of the State of Georgia

ATLANTA,  September 29, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0390. KEVIN DONNELL JAMES, SR. v. LAKEISHA ANDERSON-JAMES.

In 2024, the trial court entered a final judgment and decree of divorce dissolving the marriage of Lakeisha Anderson-James and Kevin D. James. James then filed a motion for new trial, which the trial court denied. James filed this direct appeal, seeking to appeal the divorce decree and the denial of his motion for new trial. Anderson-James has filed a motion to dismiss, asserting that this Court lacks jurisdiction. We agree.

Appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" must be made by application for discretionary appeal. See OCGA § 5-6-35 (a) (2). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because James failed to follow the requisite discretionary application procedure, we lack jurisdiction to consider this direct appeal. Accordingly, we hereby GRANT Anderson-James's motion to dismiss and DISMISS this appeal.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*  09/29/2025

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*